LENA D. WADE, ESQ., SBN 258356
**SLOVAK BARON EMPEY MURPHY & PINKNEY LLP**
74785 Highway 111, Suite 105
Indian Wells, CA 92210
Telephone: (760) 322-9240
Facsimile: (760) 322-565-1889
Email: wade@sbemp.com

Attorneys for Defendant ARIZONA BEVERAGES USA LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY RENDON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ARIZONA BEVERAGES USA LLC, a New York limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. _____ <br> [formerly Superior Court of Los Angeles County Case No. 20STCV12028] <br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Arizona Beverages USA LLC ("Defendant"), through its attorneys Slovak Barron Empey Murphy & Pinkney LLP, hereby files this Notice of Removal to the United States District Court for the Central District of California, and respectfully states as follows:

1. On March 25, 2020, Plaintiff Rusty Rendon ("Plaintiff") commenced a civil action (the "State Court Action") against Defendant in the Superior Court of the

1
NOTICE OF REMOVAL

State of California, County of Los Angeles, captioned <u>Rendon v. Arizona Beverages USA LLC</u>, Case Number 20STCV12028 (the "State Court Action"). Plaintiff asserted only one cause of action in the original complaint for the alleged violation of California state law.

2. On May 21, 2020, Plaintiff filed a first amended complaint in the State Court Action in which he alleged violations of both federal law and California state law.

3. By emails dated May 21, 2020, Plaintiff's counsel provided Defendant's counsel with a copy of the amended complaint in the State Court Action and asked if Defendant would accept service of the amended complaint via email. Defendant received a copy of the amended complaint and agreed to accept service by email on that same date.

4. A copy of the original complaint is attached hereto as <u>Exhibit A</u>.

5. A copy of the amended complaint and proof of service in the State Court Action is attached hereto as <u>Exhibit B</u>.

6. This Notice of Removal is therefore timely because it is filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." <u>See</u> 28 U.S.C. § 1446(b)(3).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice

of Removal with the Los Angeles County Clerk of the Superior Court.

## **Removal Based on Federal Question Jurisdiction**

8. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 because Plaintiff's case presents a federal question.

9. Plaintiff's amended complaint in the State Court Action contains two causes of action: one, pursuant to the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12101 *et seq.*, and two, pursuant to the Unruh Civil Rights Act, California Civil Code § 51 *et seq.* (the "Unruh Act"). Both causes of action are premised on the same factual allegations – that Defendant operated and "maintained its website, http://www.drinkarizona.com/ [] in such a way that the Website contained numerous access barriers preventing Plaintiff, and other blind and visually impaired individuals, from gaining equal access to the Website." *See* Am. Compl. at ¶ 4.

10. Conversely, Plaintiff's original complaint in the State Court Action, which has since been superseded, contained only one cause of action that was pursuant to California's Unruh Act. Plaintiff's amended complaint has added the claim that is premised on a violation of the ADA.

11. Plaintiff's amended complaint presents a substantial federal question. Plaintiff's claims are unequivocally premised and based upon a violation of federal law – namely, Title III of the ADA. The amended complaint's causes of action claim, sequentially, (1) a violation of the ADA, and (2) a violation of the ADA that gives
3
NOTICE OF REMOVAL

rises to liability under California civil rights statutes. Therefore, because Plaintiff is claiming that Defendant is liable to him for violating a federal statute, the State Court Action presents a federal question.

12. This is the proper Court to remove the State Court Action pursuant to 28 U.S.C. § 1441(a) because the Central District of California is the district within which the State Court Action is pending.

13. Defendant encloses a Civil Cover Sheet.

14. If any questions arise as to the proprietary of this removal, Defendant respectfully requests the opportunity to conduct discovery or brief any disputed issues and to present oral argument in support of its position that this civil action is properly removable.

15. No previous notice of removal has been filed in this or any other court in this matter.

16. By filing this Notice of Removal, Defendant reserves, and does not waive, any defenses or rights which may be available, including but not limited to the right to move to dismiss the action on any grounds available to Defendant.

WHEREFORE, Defendants file this Notice of Removal removing the State Court Action to the United States District Court for the Central District of California.

Dated: June 4, 2020

Respectfully submitted,
**SLOVAK BARON EMPEY MURPHY & PINKNEY LLP**

By: /s/ Lena D. Wade

_____
LENA D. WADE, ESQ.
Attorneys for Defendant ARIZONA BEVERAGES USA LLC

**PROOF OF SERVICE**
RENDON V. ARIZONA BEVERAGES USA LLC, ET Al.
CASE NO.: _____

I, the undersigned, am over the age of eighteen years and am resident of Riverside County, California; I am not a party to the above-entitled action; my business address is 74785 Highway 111, Suite 105, Indian Wells, California 92210.

On June 4, 2020, I served the following document(s): NOTICE OF REMOVAL addressed to:

| | |
|---|---|
| Pacific Trial Attorneys<br>Scott J. Ferrell, Esq.<br>Victoria Knowles, Esq.<br>4100 Newport Place Drive, Suite 800<br>Newport Beach, CA 92660<br>Tel. (949) 706-6464; Fax (949) 706-6469<br>sferrell@pacifictrialattorneys.com<br>vknowles@pacifictrialattorneys.com | Clerk, Superior Court of California<br>County of Los Angeles<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>Fax Filing: (442) 247-3946 |

☐ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Indian Wells, California.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNITE EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnight Express drop box at Indian Wells, California.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

_____
Donna Sanchez